SUPPRESSED

# United States District Court

## EASTERN DISTRICT OF MISSOURI

FILED
JAN 29 2004
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA

v.

MATTHEW COX

**WARRANT FOR ARREST**

**CASE NUMBER:**

4:04CR00041CAS TCM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MATTHEW COX,** and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Count I - conspiring to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846;
Count II - conspiring to possess pseudoephedrine, a List I chemical, having reasonable cause to believe that it would be used to manufacture methamphetamine, in violation of Title 21, United States Code, Sections 841(c)(2) and 846; and
Count V - possessing pseudoephedrine, a List I chemical, having reasonable cause to believe that it would be used to manufacture methamphetamine, in violation of Title 21, United States Code, Section 841(c)(2).

RECEIVED
U.S. MARSHALS SERVICE
E/MO ST. LOUIS
2004 JAN 23 A 10: 41

JAMES WOODWARD
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

James Woodward
Signature of Issuing Officer

January 22, 2004, St. Louis, Missouri
Date and Location

(By) Deputy Clerk

by ______
Name of Judicial Officer

**$10,000 secured bond recommended.**

USM # 0144-0123-0570 J

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ______ | | |
| DATE RECEIVED 1-29-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1-29-04 | TFA Rich Wagner DEA | |