PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Missouri

U.S.A. vs. Matthew Cox

Docket No. 4:04CR00041 CAS

Petition for Action on Conditions of Pretrial Release

COMES NOW Lisa C. Lazier, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant , who was placed under pretrial release supervision by The Honorable Mary Ann L. Medler, United States Magistrate Judge sitting in the Court at St. Louis, Missouri, on January 29, 2004, under the following conditions:

Refrain from committing any offense in violation of federal, state, or local law; refrain from excessive use of alcohol, participate in substance abuse treatment and testing as directed by Pretrial Services, refrain from use or unlawful possession of a narcotic drug or other controlled substance, and remain within this judicial district. Other general conditions of release were ordered.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant was arrested on April 28, 2004, by the Greene County Sheriff's Office, Springfield, Missouri, for Driving While Intoxicated.

PRAYING THAT THE COURT WILL ORDER the existing conditions of release be modified to include the condition that Cox be required to refrain from *any* use of alcohol.

ORDER OF COURT

Considered and ordered this 3rd day of May, 2004 and ordered filed and made a part of the records in the above case.

United States Magistrate Judge

Respectfully,

Lisa C. Lazier
U.S. Pretrial Services Officer

Place: St. Louis, Missouri

Date: May 3, 2004